No. 685, Misc. WALKER v. INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se.* *Everett A. Corten* for respondent Industrial Accident Commission.

No. 691, Misc. BELVIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 696, Misc. WAGNON v. KANSAS ET AL. Supreme Court of Kansas. Certiorari denied.

No. 697, Misc. CZAJKOWSKI v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *Thomas A. Livingston* for petitioner.

No. 699, Misc. LINDEN v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 701, Misc. RAY v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 702, Misc. EVANS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 709, Misc. GREENE v. RUNDLE, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 710, Misc. PRYOR v. THOMAS, WARDEN. Court of Appeals of Kentucky. Certiorari denied.